## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DELORES SUMPTER and  )  | |
| JAMES SUMPTER,  )  | |
|   )  | |
| Plaintiffs,  )  | |
|   )  | |
| v.  )  | CIVIL ACTION NO. |
|   )  | 06-0328-BH-B |
| WAL-MART STORES, INC., et al.,  )  | |
|   )  | |
| Defendants.  )  | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that Wal-Mart's motion for summary judgment is due to be and is hereby **GRANTED** and that **JUDGMENT** be entered in favor of the Defendant, Wal-Mart Stores East, LP, incorrectly identified in the Complaint as Wal-Mart Stores, Inc., and against the Plaintiffs, Delores Sumpter and James Sumpter, the plaintiffs to have and recover nothing of the defendant. Costs are taxed against the plaintiffs.

**DONE** this 4th day of June, 2007.

                                                                                         s/ W. B. Hand  
                                                                     SENIOR DISTRICT JUDGE